UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

    v.

MYRA SUGIYAMA, et al.,

    Defendants.

Case No. 16-cv-02968-PJH

**ORDER DENYING APPLICATION FOR DEFAULT JUDGMENT**

Re: Dkt. No. 14, 15

    The applications for entry of default judgment against Myra Sugiyama (Dkt. 14 and 15) are hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 1, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge