UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MYRA SUGIYAMA, et al.,<br><br>            Defendants. | Case No.  16-cv-02968-PJH<br><br>**ORDER VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 43, 44 |

Before the court are cross motions for summary judgment by Rita Wang Sugiyama and Myra Sugiyama.  Dkt. 43, 44.  At a January 9, 2017 settlement conference before Magistrate Judge Ryu, the matter was reported to have "fully settled."  Dkt. 56.

In light of the reported settlement, the court hereby VACATES the February 1, 2017 hearing date noticed for the motions for summary judgment, and TERMINATES the motions as moot.  The parties shall file either a stipulated dismissal or a status statement within 60 days of the date of this order.

**IT IS SO ORDERED.**

Dated: January 20, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California